## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Karl Hoeppner, as Special Administration of Estate of Michael James Hoeppner, deceased,<br><br>                     Plaintiff,<br>v.<br><br>Tony Head, in his official capacity as Sheriff of Atoka County, Oklahoma, *et.al.,*<br>                     Defendant. | Case No. CIV-20-299-RAW |

### AMENDED SCHEDULING ORDER

Before the court is the Plaintiff's Unopposed Motion to Extend Scheduling Order Deadlines [Doc. 36] requesting additional time to complete discovery due to discovery issues. The court has considered the factors in *Magraff v. Loses IW, Inc.*, 217 Fed. Appx. 759 (10th Cir. 2007) regarding the justification for an extension of time. The motion is GRANTED. The following amended deadlines are set by the court:

**A. PRETRIAL SCHEDULES:**

1. N/A — JOINDER OF ADDITIONAL PARTIES AND/OR AMENDMENT TO PLEADINGS.

2. 10/7/21 — EXCHANGE AND FILE WITNESS AND EXHIBIT LISTS.

3. 11/22/21 — DISCOVERY CUTOFF (*except Expert depositions*).

4. 11/15/21 — ALL DISPOSITIVE MOTIONS.

5. 12/6/21 — MOTIONS IN LIMINE AND DAUBERT ISSUES FILED.

6. 12/9/21 — EXCHANGE OF PRE-MARKED EXHIBITS.

7. 12/9/21 — EXCHANGE OF DEMONSTRATIVE EXHIBITS/AIDS.

8. 12/2/21 — PARTIES TO EXCHANGE REQUESTED JURY INSTRUCTIONS.

9. 12/12/21 — DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS THERETO.   All *(See Local Civil Rule 30.1 (c), available on the Court's website in the Rules section at http://www.oked.uscourts.gov)*

10. 12/16/21 — **PRETRIAL CONFERENCE AT 11:00 a.m.**   *(The attorneys who will conduct the trial are required to attend the conference, unless a substitute attorney is authorized by the Court.)*

11. 12/9/21 — AGREED PRETRIAL ORDER DUE.   (Judge White's form is available on the Court's website in the forms section at http://www.oked.uscourts.gov )

12. 12/9/21 — AGREED JURY INSTRUCTIONS, Disputed Jury Instructions issues to be addressed in Trial Briefs. Proposed FF/CL [Non-Jury], and Trial Briefs due.

B. **SETTLEMENT:** In all cases scheduled for Jury or Non-Jury Trial a mandatory Settlement Conference will be conducted prior to the Pretrial Conference by a District Judge, Magistrate Judge or Adjunct Settlement Judge.

*The Settlement Conference set for September 1, 2021 remains as scheduled before Magistrate Judge Steven P. Shreder. If the parties desire to reschedule the conference, they should file a motion for the magistrate judge's consideration.*

C. **TRIAL:**

13. 1/4/2022    TRIAL DATE: [X] JURY at 9:00 a.m.    [ ] NON-JURY at 9:00 a.m.

14. 5 days    ESTIMATED TRIAL TIME.

D. **EXPERT REPORTS:** *See Rules 16 and 26 Federal Rules of Civil Procedure*

Plaintiff Expert Report(s) to be filed 90 days before trial
Defendant Expert Report(s) to be filed 60 days before trial
Any rebuttal Expert Report(s) to be filed 45 days before trial

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

IT IS ORDERED that the parties comply with the disclosure requirement and attend deadlines established by Federal Rule Civil Procedure 26, unless otherwise modified by this order.

This Order is entered this 7th day of July, 2021.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA