I Greg Munholland received a call in the morning of 3-9-19 from the Sheriff's office at by my phone history 0649 hrs. The call was that an inmate was unresponsive. I then came in to the jail I arrived somewhere around 0740 hrs. When I arrived Mr Hoeppner was already pronounce Deceased by EMS Paramedic Robert Daniel at 0700hrs. Looking at the EMS log They were Paged at 0653 hrs and in-route at 0655hrs on scene 0658 and left scene 0737 hrs. OSBI and ME office at approx.  Agent Donnie Long arrived a 0830 hrs and ME investigator Miller arrived at  0901 hrs. They went to the cell and photo graphed the scene and covered his hands with bags. The transporter from ME arrived at 1036 He then removed Mr Hoeppner at 1041 hrs. Agent Long interview inmate Shannon Davis about the events that occurred. I notified Jail inspector Alicia Dickerson of the incident and fax a copy of the report to State Jail Inspectors office on Monday. Agent Long and I reviewed the video and we could see Mr Hoeppner  was taken from the Detox and Jailer Mick Nakanashi  and give him something to eat and drink before he was taken to the cell. When he was out Mick said that he just complained of being cold. We could see Jacob Jackson and Mick go to the back and Mick stated that he ask Mr Hoeppner  if he was ok and he was on toilet and Mick and Jacob said that Hoeppner said he was ok. Jail Inspector Alicia Dickerson came on the 14th and picked up logs and paper work and interviewed 2 of the remaining inmates that were in the cell. Shanon Davis said that he was complaining of being cold and he had funny breathing but did not talk to him. When Hoeppner laid down his breathing went back to normal and Davis placed a blanket on him so he would not get cold. Davis stated that when he went to wake Mr Hoeppner that he knew something was not right and he called on the staff and alerted Dispatch and EMS was called. Michael Young was also interviewed and said that Hoeppner said he was cold but was breathing funny.

Greg Munholland

EXHIBIT 13