*Oklahoma State Bureau of Investigation*

## INTERVIEW  OSBI2019-275/2

Report Date:  03/11/2019

| Warning | |
|---|---|
| **Contains entities exempt from disclosure** | |

| Primary Information | |
|---|---|
| Description: | **INTERVIEW OF SHANNON DAVIS** |
| Occurrence From: | **03/11/2019 00:00** |
| Occurrence To: | **03/11/2019 00:00** |
| Reporting LEO: | **LONG, DONNIE (SOUTHEAST REGIONAL OFFICE / OKLAHOMA STATE BUREAU OF INVESTIGATION)** |
| Report Status: | **Approved** |
| Report Status Date: | **03/13/2019** |
| Approved By: | **VIRDEN, JENNY (OSBI)** |

| Address #1 - LOCATION OCCURRED #1 - 200 EAST CT | |
|---|---|
| *Primary Information* | |
| Address: | **200 EAST CT, ATOKA, OKLAHOMA 74525 UNITED STATES OF AMERICA** |

| Data Challenge | |
|---|---|
| **Subject #1 - REQUESTING OFFICIAL #1 - HEAD, ANTHONY EUGENE** | |
| *Primary Information* | |
| Exempt From Disclosure: | **YES** |
| Subject Name: | **HEAD, ANTHONY EUGENE** |
| Record Type: | **LAW ENFORCEMENT OFFICIAL** |
| Bio: | **50 yr. old, WHITE, MALE** |
| Birth Date: | ▮▮/1968 |
| Email: | **T.HEAD301@YAHOO.COM** |
| Rank/Position: | **SHERIFF** |
| Juvenile: | **NO** |

| Subject #2 - INTERVIEWED #1 - DAVIS, SHANNON | |
|---|---|
| *Primary Information* | |
| Subject Name: | **DAVIS, SHANNON** |
| Record Type: | **PERSON** |
| Bio: | **42 yr. old, BLACK OR AFRICAN AMERICAN, MALE** |
| Birth Date: | ▮▮/1977 |
| Juvenile: | **NO** |

*Addresses*

| Relationship | Address |
|---|---|
| HOME ADDRESS | 1155 SOUTH DUNBAR, ATOKA, OKLAHOMA 74525 UNITED STATES OF AMERICA |

*This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.*

# Oklahoma State Bureau of Investigation

## INTERVIEW  OSBI2019-275/2

Report Date:  03/11/2019

### Subject #3 - VICTIM #1 - HOEPPNER, MICHAEL

**Primary Information**

| | |
|---|---|
| Subject Name: | **HOEPPNER, MICHAEL** |
| Record Type: | **PERSON** |
| Bio: | **60 yr. old, WHITE, MALE** |
| Birth Date: | ▇▇▇ **1958** |
| Juvenile: | **NO** |

**Addresses**

| Relationship | Address |
|---|---|
| **HOME ADDRESS** | **N5361 PLANK RD, ELKHORN, WISCONSIN UNITED STATES OF AMERICA** |

### Subject #4 - REQUESTING AGENCY #1 - ATOKA COUNTY SHERIFF OFFICE

**Primary Information**

| | |
|---|---|
| Subject Name: | **ATOKA COUNTY SHERIFF OFFICE** |
| Record Type: | **SHERIFF'S OFFICE** |
| Juvenile: | **NO** |

**Addresses**

| Relationship | Address |
|---|---|
| **AGENCY ADDRESS** | **200 EAST CT, ATOKA, OKLAHOMA 74525 UNITED STATES OF AMERICA** |

*Telephones / E-Addresses*

| Relationship | Number/E-Address |
|---|---|
| **BUSINESS / WORK/ EMPLOYER** | **(580) 889-2424 (BUSINESS)** |

**Narrative begins on the following page.**

*This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.*

## OKLAHOMA STATE BUREAU OF INVESTIGATION

TITLE OF REPORT:    **INTERVIEW OF SHANNON DAVIS**

**DAVIS** was an Inmate in the Atoka County Confinement Center.

On March 8, 2019, sometime around 2200 hours, a White Male was brought into the, "D.O.C. Pod", where DAVIS was confined. The Male sat on his bed in the Pod. DAVIS did not approach the Male nor did DAVIS see anyone else approach him. A few minutes after the male got to the Pod, he got up and he used a toilet inside the Pod. The Male returned to his bed a few minutes later. The Male appeared to be unsteady on his feet as he walked from the toilet to his bed. DAVIS walked over to the Male and he asked him if he was alright. The Male said he was cold. DAVIS did not have any further conversation with the Male. Just a few minutes later, the Male lay on his back on his bed. DAVIS placed a blanket over the Male.

The next morning, sometime just before 0700 hours, DAVIS and the other Inmates in the Pod, began gathering their breakfast. DAVIS saw that the Male was still lying on his bed, in the same position DAVIS saw him in the night before. DAVIS walked over to the Male and looked down at him. The Male's face was blue colored. DAVIS did not touch him. DAVIS told Confinement Officer JACKSON about the Male. JACKSON entered the Pod and he walked to the Male. JACKSON reached down and he touched the Male's neck. JACKSON said the Male did not have a pulse.

DAVIS and the other Inmates were removed from the D.O.C. Pod and they were taken to another Pod.

DAVIS did not see any other Inmate in the D.O.C. Pod approach the Male the entire time he was there.

| Investigation On: 03/11/2019 | By: LONG, DONNIE |
|---|---|
| Date Reported: 03/11/2019 | File Number: OSBI2019-275/2 |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

EXHIBIT 14